# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ANGEL ZAMORA CRUZ,**

   Plaintiff,

v.     Civil Action No. 7:09-cv-64(HL)

**OFFICER BRIBS, OFFICER SPENSTER, and IRWIN COUNTY DETENTION CENTER**,

   Defendants.

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Richard Hodge, entered on June 5, 2009 (Doc. 4), in which the Magistrate Judge recommends that Plaintiff Angel Zamora Cruz's claims under 42 U.S.C. §§ 1985(3), 1986, and 1988(a) be dismissed, and also that Defendant Irwin County Detention Center be dismissed as a defendant in this case. Plaintiff has not filed an objection to the Recommendation. After giving de novo consideration to the Recommendation, the Court adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**SO ORDERED**, this the 8th day of July, 2009.

                                *s/ Hugh Lawson*
                                **HUGH LAWSON, SENIOR JUDGE**

mbh