IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **ANGEL ZAMORA CRUZ,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 7:09-cv-64(HL) |
| **OFFICER GIBBS and OFFICER SPENSTER,** | : |
| Defendants. | : |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Thomas Q. Langstaff (Doc. 49), entered on March 1, 2011, in which he recommends that Defendants' Motion to Dismiss (Doc. 28) be granted and that Plaintiff's Motion for Leave to File Amended Complaint (Doc. 41) be granted.

Plaintiff has filed what was docketed as an objection to the recommendation (Doc. 51), but a review of the document shows that Plaintiff actually accepts the Recommendation. The Court also accepts the Recommendation and adopts its findings and conclusions.

Defendants' Motion to Dismiss (Doc. 28) is granted and Defendants Gibbs and Spenster are dismissed from this case. Plaintiff's Motion to Amend (Doc. 41) is granted, and this case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED**, this the 24th day of March, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh